[No. 11315-1-I.   Division One.   July 12, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. OLIVIA JO ANNE POLK, *Defendant,* LAWRENCE EDGAR JEWELL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81-1-03499-0, Frank L. Sullivan, J., entered

February 1, 1982. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Callow and Scholfield, JJ.